UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY ZIGLER,

       Defendant.
_____/

Case No. 24-cr-20494

Honorable Susan K. DeClercq
United States District Judge

# ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO FILE EXHIBIT IN TRADITIONAL MANNER (ECF No. 44)

In support of his pending motion to suppress, ECF No. 43, Defendant moves for leave to file bodycam footage in the traditional manner, ECF No. 44. Such exhibits must be provided to the Court through the "Media File Upload" electronic portal located in Utilities in the CM/ECF system. When moving for leave to file exhibits using Media File Upload, parties must follow R19(c) of the Electronic Filing Policies and Procedures and include the following in their motion:

    1. A statement regarding concurrence pursuant to L.R. 7.1(a);
    2. A description of the content of the media file;
    3. A concise explanation of how the media file provides factual support to the motion, response, reply or memorandum;
    4. Whether the media file has been or will be used in a court proceeding; and
    5. Whether the content of the media file complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law (see R21).

The current motion does not meet these requirements. Accordingly, it is **ORDERED** that the motion, ECF No. 44, is **DENIED WITHOUT PREJUDICE**. Defendant may refile a compliant motion seeking leave to file an exhibit using the "Media File Upload" feature, at which point Defendant may be granted leave to do so.

                                                  */s/Susan K. DeClercq*
                                                  SUSAN K. DeCLERCQ
                                                  United States District Judge

Dated: April 11, 2025